ITHIEL BATTLE *versus* NATHANIEL GRIFFIN.

UPON a bill in equity to redeem, it was decreed that the  *Sept.* 21
defendant should account ; (see *S. C.* 4 Pick. 6 ;) and it
appearing that the debt due on the mortgage exceeded the
value of the mortgaged premises, it was ordered, at the in-
stance of the defendant's counsel, that the plaintiff's costs
should be deducted from the debt ; the *Chief Justice* observ-
ing, that it would be hard, in such a case, to make the de-
fendant *pay* costs, and that it was entirely within the discre-
tion of the Court, not only whether costs should be allowed,
but also in what manner the plaintiff should have the benefit
of their allowance.[2]